No. 98–596.  BABIGIAN *v.* COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 98–599.  DAVIS ET AL. *v.* TABACHNICK.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 98–604.  SANTIAGO *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 98–611.  COUNTY OF SAN DIEGO ET AL. *v.* SCHNEIDER.  C. A. 9th Cir.  Certiorari denied.

No. 98–615.  YOUNG *v.* CALDERA, SECRETARY OF THE ARMY.  C. A. 4th Cir.  Certiorari denied.

No. 98–626.  ALFORD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–639.  LESOON *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 10th Cir.  Certiorari denied.

No. 98–646.  PAYNE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–664.  MILLS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–5113.  RABY *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 98–5248.  JONES *v.* UNITED STATES;
No. 98–5424.  DODSON *v.* UNITED STATES; and
No. 98–5725.  MOTLEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 145 F. 3d 1326.

No. 98–5318.  ETSITTY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.